IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use of YELLOWSTONE ELECTRIC CO. and YELLOWSTONE ELECTRIC CO., <br><br>Plaintiffs, <br><br>vs. <br><br>GRANITE RE, INC. and MOUNTAIN MOVERS/ AINSWORTH-BENNING, LLC, <br><br>Defendants. | CV-17-65-GF-BMM <br><br>**ORDER** |

Defendant Granite Re, Inc. has moved for admission of Joseph A. Nilan (Mr. Nilan), (Doc. 11), to practice before this Court in this case with Michael Rausch of Browning, Kaleczyc, Berry & Hoven P.C. to act as local counsel. Mr. Nilan's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant's motion to allow Mr. Nilan to appear on their behalf (Doc. 11) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Rausch, will be designated as lead counsel or as co-lead counsel with Mr. Nilan. Mr. Nilan must do his own work. He must do his

-1-

own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, Mr. Rausch, shall also sign such pleadings, motions and briefs and other documents served or filed.

    2. Admission is not granted until Mr. Nilan, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

    3. Admission is personal to Mr. Nilan.

    DATED this 27th day of July, 2017.

_____
Brian Morris
United States District Court Judge