IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use of YELLOWSTONE ELECTRIC CO. and YELLOWSTONE ELECTRIC CO., <br><br> Plaintiffs, <br><br> vs. <br><br> GRANITE RE, INC. and MOUNTAIN MOVERS/ AINSWORTH-BENNING, LLC, <br><br> Defendants | CV-17-65-GF-BMM <br> CV-20-24-GF-BMM <br><br> **ORDER** |

Plaintiffs have moved the Court pursuant to Federal Rule of Civil Procedure 42(a)(2) for an Order consolidating the instant case (*"Fort Peck I"*) with *Mountain Movers Construction, Inc. v. Merchants Bonding Company (Mutual),* CV-20-24-GF-BMM (*"Fort Peck II"*). The motion is unopposed. An identical unopposed motion to consolidate has also been filed in *Fort Peck II*.

Having considered Plaintiffs' Unopposed Motion to Consolidate, the Court finds that the Motion should be, and hereby is, GRANTED.

IT IS ORDERED:

Plaintiffs' Unopposed Motion to Consolidate is GRANTED. The Clerk of Court is directed to consolidate this case, *Fort Peck I*, with *Fort Peck II*, CV-20-

24-GF-BMM, with *Fort Peck I* being the lead case in which all further docketing shall be done.

DATED this 21st day of April 2020.

_____
Brian Morris, Chief District Judge
United States District Court