IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use of YELLOWSTONE ELECTRIC CO. and YELLOWSTONE ELECTRIC CO.,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANITE RE, INC., and MOUNTAIN MOVERS/AINSWORTH-BENNING, LLC,<br><br>Defendants. | Case No. CV-17-65-GF-BMM<br>Case No. CV-20-24-GF-BMM<br><br>**ORDER GRANTING JOINT MOTION TO:**<br>**(1) RESET HEARING DATE; AND**<br>**(2) ALLOW APPEARANCES AT HEARING BY REMOTE MEANS** |

THIS MATTER having come before the Court on the Unopposed Joint Motion to: (1) Reset Hearing Date; and (2) Allow Appearances by Remote Means (*ECF #76*), and the Court having considered the records and files herein,

**IT IS HEREBY ORDERED:**

1. The hearing on three pending motions: (a) Motion to Lift Stay in Part (*ECF #61 in Case No. CV-17-65-GF-BMM or Fort Peck I; ECF #29 in Case No.*

1

*CV-20-24-GF-BMM or Fort Peck II*); (b) Motion to Vacate, in Part, Arbitration Award (*ECF #58 in Fort Peck I; ECF #26 in Fort Peck II*); and (c) Cross Motion to Confirm Arbitration Award (*ECF #70 in Fort Peck I; ECF #38 in Fort Peck II*) scheduled for July 6, 2023 is hereby VACATED and is RESET for **August 21, 2023 at 1:30 p.m.**; and

    2.    The following counsel are permitted to appear at the hearing by video or telephone conference and will contact the Clerk of Court's Office for the Zoom link:

    John M. Mastin, Jr.
    *Counsel for Yellowstone Electric Co. and Merchants Bonding Company (Mutual)*

    John H. Guin
    *Counsel for Defendant Mountain Movers/Ainsworth Benning, LLC and Mountain Movers Construction, Inc.*

    Joseph A. Nilan and Daniel A. Ellerbrock
    *Counsel for Granite Re, Inc.*

All other counsel shall appear in person, unless further leave is granted by the Court.

    DATED this 13th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court